B1 (Official Form 1) (4/10)

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court<br>Western District of Washington</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Prium Meeker Mall LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**55-0909639** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**820 A Street #300**<br>**Tacoma, WA 98402**   ZIP CODE **98402-0000** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **Real property located at 1313 West Meeker St, Kent, Washington**

<table>
<tr>
<th>Type of Debtor<br>(Form of Organization)<br>(Check one box.)</th>
<th>Nature of Business<br>(Check <b>one</b> box.)</th>
<th colspan="2">Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)</th>
</tr>
<tr>
<td>
☐ Individual (includes Joint Debtors)<br>
<i>See Exhibit D on page 2 of this form.</i><br>
☒ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)
</td>
<td>
☐ Health Care Business<br>
☒ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
☐ Other
</td>
<td colspan="2">
☐ Chapter 7<br>
☐ Chapter 9<br>
☒ Chapter 11<br>
☐ Chapter 12<br>
☐ Chapter 13<br>
   ☐ Chapter 15 Petition for Recognition of a<br>   Foreign Main Proceeding<br>
   ☐ Chapter 15 Petition for Recognition of a<br>   Foreign Nonmain Proceeding
</td>
</tr>
<tr>
<td></td>
<td><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td colspan="2"><b>Nature of Debts</b><br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts.</td>
</tr>
<tr>
<td colspan="2"><b>Filing Fee</b> (Check one box.)<br>
☒ Full Filing Fee attached<br><br>
☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>
☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B.
</td>
<td colspan="2">
Check one box:    <b>Chapter 11 Debtors</b><br>
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
<b>Check if:</b><br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 <i>(amount subject to adjustment on 4/01/13 and every three years thereafter.)</i><br>
-------------------------------------------------------------<br>
<b>Check all applicable boxes:</b><br>
☐ A plan is being filed with this petition.<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

<table>
<tr><td colspan="9"><b>Statistical/Administrative Information</b></td><td>THIS SPACE IS FOR COURT USE ONLY</td></tr>
<tr><td colspan="9">☒ Debtor estimates that funds will be available for distribution to unsecured creditors.</td><td></td></tr>
<tr><td colspan="9">☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.</td><td></td></tr>
</table>

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prium Meeker Mall LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Prium Meeker Mall LLC** |
|---|---|

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | **Signature of a Foreign Representative**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ Timothy W. Dore<br>Signature of Attorney for Debtor(s)<br>**Timothy W. Dore WSBA No. 17131**<br>Printed Name of Attorney for Debtor(s)<br>**Ryan Swanson & Cleveland, PLLC**<br>Firm Name<br>**1201 Third Avenue, #3400**<br>**Seattle, WA 98101**<br>Address<br><br>**(206) 464-4224 Fax:(206) 621-7568**<br>Telephone Number<br>July 14, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Thomas W. Price<br>Signature of Authorized Individual<br>**Thomas W. Price**<br>Printed Name of Authorized Individual<br>**Member of Prium Companies LLC which is the sole member of  P & U Capital Partners I, LLC which is the sole member of the debtor**<br>Title of Authorized Individual<br>7/14/10<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

Prium Meeker Mall LLC
Chapter 11

**Pending Bankruptcy Cases Filed by any Spouse, Partner, or Affiliate of this Debtor**

| Name of Debtor: **Chelsea Heights LLC** | Case Number: **10-44959** | Date Filed: **June 18, 2010** |
|---|---|---|
| District: **Western Washington** | Relationship: **Affiliate** | Judge: **The Honorable Paul B. Snyder** |

| Name of Debtor: **Prium Tumwater Buildings LLC** | Case Number: **10-44962** | Date Filed: **June 18, 2010** |
|---|---|---|
| District: **Western Washington** | Relationship: **Affiliate** | Judge: **The Honorable Paul B. Snyder** |

| Name of Debtor: **Prium Kent Retail LLC** | Case Number: | Date Filed: **Case is being filed simultaneously with the case of Prium Meeker Mall LLC** |
|---|---|---|
| District: **Western Washington** | Relationship: **Affiliate** | Judge: |

## CONSENT IN LIEU OF SPECIAL
## MEETING OF MEMBERS
## OF
## PRIUM MEEKER MALL, LLC

The undersigned, being all of the Members of Prium Meeker Mall, LLC, a

Washington limited liability company (the "Company"), hereby authorize, consent to and

adopt the action described in the resolution set forth below without the necessity of a

meeting of the Company's Members and shall be effective and valid actions of the

Members of the Company, the same as if a meeting had, in fact, been held:

RESOLVED that the Company shall seek relief under the United States

bankruptcy laws and file a voluntary Chapter 11 bankruptcy petition in the United States

Bankruptcy Court for the Western District of Washington at Tacoma; and be it further

RESOLVED that the Company authorizes Thomas W. Price or Hyun J. Um to

execute on its behalf any and all documents necessary to effectuate or related to the

commencement and continuation of a Chapter 11 bankruptcy case; and be it further

RESOLVED that the Company is authorized to retain and employ the law firm of

Ryan, Swanson & Cleveland, PLLC to provide legal counsel in connection with all

aspects of the Company's Chapter 11 case.

Dated: 7|4|10

Dated: 7|4|10

Dated: 7|14|10

Prium Companies LLC

Thomas W. Price
Its Member

Hyun J. Um
Its Member

William Stegeman
Its Member

# United States Bankruptcy Court
## Western District of Washington

In re **Prium Meeker Mall LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Benaroya Capital Company**<br>**1100 Olive Way #1700**<br>**Seattle, WA 98101** | **Benaroya Capital Company**<br>**1100 Olive Way #1700**<br>**Seattle, WA 98101**<br>**206-343-4750** | | | **56,000.00** |
| **Pederson Painting LLC**<br>**4220 E 112th St**<br>**Tacoma, WA 98446** | **Pederson Painting LLC**<br>**4220 E 112th St**<br>**Tacoma, WA 98446**<br>**253-531-5409** | | | **52,317.20** |
| **Professional Building Services**<br>**7925 170th Ave NE**<br>**Redmond, WA 98052** | **Professional Building Services**<br>**7925 170th Ave NE**<br>**Redmond, WA 98052**<br>**425-882-2322** | | | **18,800.35** |
| **New Dimensions Landscape Inc.**<br>**8504 Canyon Rd E**<br>**Puyallup, WA 98371** | **New Dimensions Landscape Inc.**<br>**8504 Canyon Rd E**<br>**Puyallup, WA 98371**<br>**253-536-4141** | | | **8,840.81** |
| **Pierce County Security**<br>**PO Box 958**<br>**Tacoma, WA 98401** | **Pierce County Security**<br>**PO Box 958**<br>**Tacoma, WA 98401**<br>**253-535-4433** | | | **7,150.00** |
| **City of Kent**<br>**220 4th Ave S**<br>**Kent, WA 98032** | **City of Kent**<br>**220 4th Ave S**<br>**Kent, WA 98032**<br>**253-856-5201** | | | **4,002.28** |
| **Sherwin Williams**<br>**8226 Bracken Pl #250**<br>**Snoqualmie, WA 98065** | **Sherwin Williams**<br>**8226 Bracken Pl #250**<br>**Snoqualmie, WA 98065**<br>**425-396-7070** | | | **3,844.53** |
| **Heattransfer Company**<br>**PO Box 1268**<br>**Carnation, WA 98014** | **Heattransfer Company**<br>**PO Box 1268**<br>**Carnation, WA 98014**<br>**425-885-3247** | | | **3,079.82** |
| **Smith Fire Systems**<br>**1106 54th Ave E**<br>**Tacoma, WA 98424** | **Smith Fire Systems**<br>**1106 54th Ave E**<br>**Tacoma, WA 98424**<br>**253-926-1880** | | | **2,433.49** |

In re    **Prium Meeker Mall LLC**                                          Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Walter E. Nelson Company**<br>**7915 S 184th St, Bldg C**<br>**Kent, WA 98032** | **Walter E. Nelson Company**<br>**7915 S 184th St, Bldg C**<br>**Kent, WA 98032**<br>**253-893-1900** | | | **2,244.19** |
| **The Stratford Group**<br>**1200 Westlake Ave N #509**<br>**Seattle, WA 98109** | **The Stratford Group**<br>**1200 Westlake Ave N #509**<br>**Seattle, WA 98109**<br>**206-284-5650** | | | **1,594.34** |
| **Waste Management Tri Star Disp**<br>**13225 NE 126th Pl**<br>**Kirkland, WA 98034** | **Waste Management Tri Star Disp**<br>**13225 NE 126th Pl**<br>**Kirkland, WA 98034**<br>**253-939-9792** | | | **1,447.84** |
| **Whirlwind Services**<br>**804 Marine Dr**<br>**Bellingham, WA 98225** | **Whirlwind Services**<br>**804 Marine Dr**<br>**Bellingham, WA 98225**<br>**360-778-3290** | | | **1,169.12** |
| **Puget Sound Energy**<br>**BOT-01H**<br>**PO Box 91269**<br>**Bellevue, WA 98009** | **Puget Sound Energy**<br>**BOT-01H**<br>**PO Box 91269**<br>**Bellevue, WA 98009**<br>**888-225-5773** | | | **985.18** |
| **Sprague**<br>**PO Box 2222**<br>**Tacoma, WA 98401** | **Sprague**<br>**PO Box 2222**<br>**Tacoma, WA 98401**<br>**253-272-4400** | | | **640.60** |
| **Master Vac**<br>**PO Box 440**<br>**Kapowsin, WA 98344** | **Master Vac**<br>**PO Box 440**<br>**Kapowsin, WA 98344**<br>**253-875-0074** | | | **459.22** |
| **City of Kent Permit Center**<br>**400 W Growe St**<br>**Kent, WA 98032** | **City of Kent Permit Center**<br>**400 W Growe St**<br>**Kent, WA 98032**<br>**253-856-5300** | | | **162.00** |
| **Guardian Security**<br>**1743 1st Ave S**<br>**Seattle, WA 98134** | **Guardian Security**<br>**1743 1st Ave S**<br>**Seattle, WA 98134**<br>**206-622-6545** | | | **70.00** |
| **Qwest**<br>**PO Box 91155**<br>**Seattle, WA 98111** | **Qwest**<br>**PO Box 91155**<br>**Seattle, WA 98111**<br>**800-940-7432** | | | **67.83** |
| | | | | |

In re    **Prium Meeker Mall LLC**                                                      Case No. _____
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, Thomas W. Price, a Member of Prium Companies LLC which is the sole member of  P & U Capital Partners I, LLC which is the sole member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    7/14/10                                   Signature    /s/ Thomas W. Price
_____                    _____
                                                                         **Thomas W. Price**
                                                                         **Member of Prium Companies LLC which is the sole**
                                                                         **member of  P & U Capital Partners I, LLC which is the**
                                                                         **sole member of the debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  **Prium Meeker Mall LLC**

_____
Debtor(s)

Case No. _____

Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, Thomas W. Price, a Member of Prium Companies LLC which is the sole member of P & U Capital Partners I, LLC which is the sole member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   7/14/10
_____

/s/ Thomas W. Price
_____
**Thomas W. Price**
**Member of Prium Companies LLC which is the sole member of**
**P & U Capital Partners I, LLC which is the sole member of the**
**debtor**
Signer/Title

ABK LLC
C/O WILLIAM KWAN
4748 E MERCER WAY
MERCER ISLAND, WA 98040


BENAROYA CAPITAL COMPANY
1100 OLIVE WAY #1700
SEATTLE, WA 98101


BIG LOTS STORES INC.
300 PHILLIPI ROAD
COLUMBUS, OH 43228


BIG LOTS STORES INC.
C/O CORPORATION SERVICE CO
300 DESCHUTES WAY SW #304
TUMWATER, WA 98501


BIG LOTS STORES INC.
1313 W MEEKER ST
KENT, WA 98032


CENTRUM FINANCIAL SERVICES INC
C/O BRUCE D. BERRETH
12505 BEL RED RD #200
BELLEVUE, WA 98005


CITY OF KENT
220 4TH AVE S
KENT, WA 98032


CITY OF KENT PERMIT CENTER
400 W GROWE ST
KENT, WA 98032


DEPT OF LABOR & IND
THIRD FLOOR LEGAL
PO BOX 44170
OLYMPIA, WA 98504-4170


DEPT OF REVENUE
ATTN: BANKRUPTCY/CLAIMS UNIT
2101 4TH AVENUE, #1400
SEATTLE, WA 98121-2300

```
EMERALD CITY SMOOTHIE
1313 W MEEKER ST
KENT, WA 98032


EMPLOYMENT SECURITY DEPT
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


FIRST INDEPENDENT BANK
PO BOX 8904
VANCOUVER, WA 98668


FIRST INDEPENDENT BANK
C/O JOSEPH VANCE
MILLER NASH LLP
PO BOX 694
VANCOUVER, WA 98666


GUARDIAN SECURITY
1743 1ST AVE S
SEATTLE, WA 98134


HEATTRANSFER COMPANY
PO BOX 1268
CARNATION, WA 98014


HYUN J. UM
820 A STREET #300
TACOMA, WA 98402


ICHI TERIYAKI
C/O MIKE CHA
7178 70TH CT SE
AUBURN, WA 98092


ICHI TERIYAKI
1313 W MEEKER ST
KENT, WA 98032


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 21126
PHILADELPHIA, PA 19114-0326
```

```
KING COUNTY TREASURY
ATTN: LINDA NELSON
500 4TH AVE #600
SEATTLE, WA 98104


MASTER VAC
PO BOX 440
KAPOWSIN, WA 98344


MEEKER CLEANERS
1313 W MEEKER ST, #143
KENT, WA 98032


NEW DIMENSIONS LANDSCAPE INC.
8504 CANYON RD E
PUYALLUP, WA 98371


OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVENUE #2000
SEATTLE, WA 98104


P & U CAPITAL PARTNERS I LLC
820 A STREET #300
TACOMA, WA 98402


PEDERSON PAINTING LLC
4220 E 112TH ST
TACOMA, WA 98446


PIERCE COUNTY SECURITY
PO BOX 958
TACOMA, WA 98401


PRIUM COMPANIES LLC
820 A STREET #300
TACOMA, WA 98402


PROFESSIONAL BUILDING SERVICES
7925 170TH AVE NE
REDMOND, WA 98052
```

```
PUGET SOUND ENERGY
BOT-01H
PO BOX 91269
BELLEVUE, WA 98009


QWEST
PO BOX 91155
SEATTLE, WA 98111


SHERWIN WILLIAMS
8226 BRACKEN PL #250
SNOQUALMIE, WA 98065


SMITH FIRE SYSTEMS
1106 54TH AVE E
TACOMA, WA 98424


SPRAGUE
PO BOX 2222
TACOMA, WA 98401


THE STRATFORD GROUP
1200 WESTLAKE AVE N #509
SEATTLE, WA 98109


THOMAS W. PRICE
820 A STREET #300
TACOMA, WA 98402


WALTER E. NELSON COMPANY
7915 S 184TH ST, BLDG C
KENT, WA 98032


WASHINGTON DEPT OF SOCIAL AND
HEALTH SERVICES
C/O DEPT OF GENERAL ADMIN
PO BOX 41015
OLYMPIA, WA 98504


WASHINGTON DEPT OF SOCIAL AND
HEALTH SERVICES
1313 W MEEKER ST #100
KENT, WA 98032
```

WASTE MANAGEMENT TRI STAR DISP
13225 NE 126TH PL
KIRKLAND, WA 98034


WF CAPITAL
9709 THIRD AVE NE #110
SEATTLE, WA 98115


WHIRLWIND SERVICES
804 MARINE DR
BELLINGHAM, WA 98225